THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Cheryl Dawn Morton, Appellant.
 
 
 

Appeal From Chester County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No.  2009-UP-447
Submitted September 1, 2009  Filed
 October 2, 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for
 Respondent.
 
 
 

PER CURIAM:  Cheryl Dawn Morton appeals her conviction
 for assault and battery of a high and aggravated nature.  She argues the trial
 court erred in excluding relevant evidence of the victim's prior conviction for
 driving under the influence.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
Williams, J., Geathers, J., and Goolsby,
 A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.